UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YVONNE OKEKE,

    Plaintiff,

v.                                           Case No. 8:21-cv-2224-VMC-AAS

LUX PHARMA HOLDINGS, LLC,
a Wyoming limited liability
company,

    Defendant,
_____/

## ORDER

    Plaintiff Yvonne Okeke moves to compel the depositions of Collin Conner and Phil Neuman. (Doc. 39). Defendant Lux Pharma responds Ms. Okeke's motion should be denied as unnecessary. (Doc. 42).

    The parties previously agreed Mr. Conner would be deposed on April 4, 2022. (Doc. 39, p. 4; Doc. 42, p. 1). The parties also appear to agree Mr. Neuman's deposition will occur on April 19th. (Doc. 39, p. 5; Doc. 42, p. 3). Ms. Okeke demonstrates good cause for Mr. Conner and Mr. Neuman to be deposed and the back-and-forth between counsel on what should have been a simple scheduling issue appears to justify a court order requiring that the depositions go forward. (Doc. 39).

    Thus, Ms. Okeke's Motion to Compel (Doc. 39) is **GRANTED** and the

depositions will occur as scheduled. Each party will bear its own attorney's fees and costs in relation to the motion. *See* Fed. R. Civ. P. 37(a)(5)(C) (giving the court discretion on whether to award fees when the discovery motion is granted in part and denied in part). The Clerk is **DIRECTED** to strike Ms. Okeke's Reply to Lux Pharma's Response (Doc. 43) for failure to comply with Local Rule 3.01(d), M.D. Fla.

Finally, the court notes the parties' filings (Docs. 39, 42) fail to comply with the typography requirements of Local Rule 1.08, M.D. Fla. *See* Local Rule 1.08 (requiring "each pleading, motion, or other paper" filed in the Middle District of Florida conform to requirements including 1-inch page margins and at least 13-point, 2.0 double spaced main text). Going forward, the parties must strictly follow the Federal Rules of Civil Procedure and Local Rules.

**ORDERED** in Tampa, Florida on April 4, 2022.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge